UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                               4:01cr121 JFF

LELAND EUGENE HALCOMB                                       DEFENDANT(S)

ORDER

Government's motion to withdraw motion to revoke supervised release (doc #27) is GRANTED.

IT IS SO ORDERED this 17th day of March 2006.

_____
U.S. MAGISTRATE JUDGE